IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 16-00036-M |
| RASONNE BELL and DANNY GAY | : | |

### ORDER

And now, this 29th day of August, 2017, having considered the Government's Motion to Dismiss the Complaint and Warrant, it is hereby **ORDERED** that the Government's motion is **GRANTED**.

BY THE COURT:

_____
HONORABLE THOMAS J. RUETER
*United States Magistrate Judge*